Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL KIRALY, | Case No. '09-cv-1562 MMA WMc |
| Plaintiff, | NOTICE OF DISMISSAL WITH PREJUDICE |
| vs. | |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 23rd day of September, 2009.

By:s/Todd M. Friedman
Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal  - 1

Filed electronically on this 23rd day of September, 2009, with:

United States District Court CM/ECF system

By: s/Todd M. Friedman
    Todd M. Friedman